FILED
06/08/2023 ISP
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]

| Name (under which you were convicted): | Case No. [For a new case in this court, leave blank. The court will assign a case number.] |
|---|---|
| McCONNEY GEORGE | 3:23-cv-534 |
| Place of Confinement: ISP MICHAGAN City INDIANA STATE PRISON | Earliest Possible Release Date: 10-5-20 |

[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.]

1. Name of facility holding the hearing: INDIANA STATE PRISON
   Date of hearing: 11/14/2022. Case number: ISP 22-10-0016
   Offense: BATTERY AGAINST OFFENDER
   Code # A-102.          Did you plead guilty? ○ Yes. ● No.

2. Lost earned credit time? ○ No. ● Yes, I lost 98 days earned credit time.
   Was the loss of earned credit time suspended? ○ No. ○ Yes, it was suspended until: —/—/—.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: —/—/—.

3. Demoted in credit class? ○ No. ● Yes, I was demoted from Class B to Class C.
   Was the demotion suspended? ○ No. ○ Yes, it was suspended until: —/—/—.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: —/—/—.

4. Appealed to the Superintendent? ○ No. ● Yes, the result was: DECISION OF GUILTY UPHELD

5. Appealed to Final Reviewing Authority? ○ No. ● Yes, the result was: DECISION OF GUILTY UPHELD

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ● No. ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee?

   ○ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ● No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.

CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.]

**GROUND ONE:** [Briefly describe your claim.] VIOLATION OF MY DUE PROCESS RIGHT TO A FIAR HEARING bEFORE A IMPARTIAI DECISION MAKER.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

EVIDENCE WAS BROUGHT AGAINST ME THAT I WAS NOT PRIVILAGE TO, DUE TO SAFETEY AND SECRUITY OF FACIARITY. IT's Still my Right To "EXPLAIN" AND "DISCUSS" WHAT WAS SEEN ON THE "VIDEO EVIDENCE" PRE Policy AND Guidlines OF A D.H.B OFFICER. I WAS DIENED THE Right To DISCUSS, AND BE EXPLAIN SUBSTANTIAL VIDEO EVIDENCE WHICH WAS USED IN FINDING ME Guilty. A CLEAR VIOATION OF MY Due Process Right To A FIAR HEARING. THE VIDEO EVIDENCE I REQUESTED WAS ALSO DIENED FROM ANY DISCUSSION AND EXPLANATIONS. IF this VIDEO EVIDENCE WAS IRRELVANT, THAT DETERMINATION WAS NEVER Brought ABOUT DUE TO BEING DIENED THE Right To DISCUSS AND BE EXPLAIN SAID EVIDENCE. ANOTHER CLEAR VIOATION OF MY DUE PROCESS Right TO A FIAR HEARING.

Did you present Ground One to the Final Reviewing Authority? ● Yes. ○ No, because _____

**GROUND TWO:** [Briefly describe your claim.] VIOATION OF MY DUE PROCESS RIGHT.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

ON 9-29-2022 I WAS PLACED IN A RESTRICTIVE HOUSING UNIT WITH NO KNOWLEDGE OF WHY. IT's THEIR "DUTY/JOB" TO NOTIFY ME ON WHY I'm BEING REMOVED FORM A LEVEL ONE FACILITY TO (PRE-SAS) RESTRICTIVE HOUSING UNIT WITHIN A 24 HOUR TIME FRAME. WITH THE ADDITION OF CHARGES OF "ANY WRONG DOINGS" OR "WRITE UPS" To BE BROUGHT TO ME BEFORE THE "7 WORKING DAY DEADLINE" PRE Policy AND DHB Rules AND Guidelines. DURING This 7 WORKING DAY DEADLINE ANY POSTPONMENT it's my Right To BE NOTICIFY. 10 WORKING DAYS with NO POSTPONMENT OR ANY KNOWLEDGE OF Why I'm BEING HELD IN A RESTRICTIVE HOUSING UNIT" ON 10-17-22" I WAS "SCREEN" ON SAID CASE which I WAVIED my 24Hrs. I WAS NOT BROUGHT TO D.H.B HEARING until 46 WORKING DAYs LATER. WHICH is "All" CLEAR VIOALTION OF MY DUE PROCESS RIGHT.

Did you present Ground Two to the Final Reviewing Authority? ● Yes. ○ No, because _____

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

**GROUND THREE**: *[Briefly describe your claim.]* LACK OF EVIDENCE.

Supporting Facts: *[Do not argue or cite law. Just state the specific facts that support your claim.]*

Throughout this appeal process the DHB board claim substantial evidence was presented to support their verdict. How is this possible when the video evidence I requested and the video evidence used I was never aware of what took place. I was denied the right to re explain and to discuss what took place to show me of guilt of said case. No evidence was presented by anyone involved showing I committed a crime or wrong doing. Battery against offender was the charge. The offender/"victim" "NEVER" once stated I was involved in any act or crime against him. As my person I requested to be my witness or as the DHB evidence he "NEVER" claim I committed a crime of battery against offender or any crime.

Did you present Ground Three to the Final Reviewing Authority? ● Yes. ○ No, because _____

**DOCUMENTS**

I have attached these documents from this disciplinary hearing: *[Check all that apply.]*
- ○ Report of Conduct
- ○ Screening Report
- ○ Report of Disciplinary Hearing
- ● Letter from the Final Reviewing Authority
- ○ Other relevant documents: _____

**RELIEF**

I ask for the following relief: Not Guilty verdict, Removal of the illegal "100,000" debt on my Trust Account. Removal from Restrictive Housing Unit, with relief for my pain and suffering during my stay on Restrictive Housing unit. or any other relief to which I may be entitled.

**DECLARATION AND SIGNATURE**

I placed this petition in the prison mail system on 6 / 5 /20 23 at 8:10 am/pm.
*[Do not fill in this date and time until you give this petition to prison officials to send to the court.]*

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____  200024.
Signature                   Prisoner Number

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*