AO 450 (Rev. 01/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## Northern District of Indiana

McCONNEY GEORGE;
        Petitioner

v.   **Civil Action No.**   3:23cv534 JPK

WARDEN, Indiana State Prison
        Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: The Petition for relief under 28 U.S.C. §2254 is DISMISSED WITHOUT PREJUDICE. McConey George is DENIED leave to proceed in forma pauperis on appeal.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge Joshua P. Kolar on a Motion to Dismiss.

DATE: January 29, 2024   *Chanda J. Berta, Clerk of Court*

        by   S/ J. Darrah
        *Signature of Clerk or Deputy Clerk*