AO 450 (Rev. 01/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## Northern District of Indiana

McCONNEY GEORGE;
        Petitioner

v.                           **Civil Action No.**      3:23cv534 JPK

WARDEN, Indiana State Prison
        Respondent

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____% plus post-judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____.

**X** other:  The Petition for relief under 28 U.S.C. §2254 is DISMISSED WITHOUT PREJUDICE. McConney George is DENIED leave to proceed in forma pauperis on appeal.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Magistrate Judge Joshua P. Kolar on a Motion to Dismiss.

DATE:  January 30, 2024                   *Chanda J. Berta, Clerk of Court*

                                                     by       S/ J. Darrah
                                                              *Signature of Clerk or Deputy Clerk*